701 A.2d 1358

Lillian GLASSMAN

v.

WORKMEN'S COMPENSATION APPEAL
BOARD (CITY OF PHILADELPHIA).

Appeal of CITY OF PHILADELPHIA.

Supreme Court of Pennsylvania.

Argued Oct. 21, 1997.

Decided Nov. 14, 1997.

Martin G. Malloy and William C. McGovern, Philadelphia, for City of Philadelphia.

David S. Hawkins, Secretary, Harrisburg, for WCAB.

Brian Steiner, Philadelphia, for Lillian Glassman.

Before FLAHERTY, C.J. and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

ZAPPALA and CASTILLE, JJ., dissent.